UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN, | No. 2:22-cv-0736 AC P |
| Plaintiff, | |
| v. | ORDER |
| GENA JONES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed and that he not be charged a filing fee. ECF No. 4. The complaint has not yet been screened, nor has plaintiff's motion to proceed in forma pauperis been considered. Since defendants have neither answered the complaint nor filed a motion for summary judgment, plaintiff does not require leave of the court to dismiss this action and this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a). No filing fee shall be assessed.

**IT IS SO ORDERED.**

DATED: May 11, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1